# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 07-cr-00429-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ARTHUR LO, et al.

    Defendants.

## SCHEDULING ORDER

**Blackburn, Judge**

On July 29, 2008, I conducted an initial status and scheduling conference. After conferring with counsel, I entered scheduling orders *pro tanto* from the bench. I enter this order to reiterate, confirm, supplement, and expatiate those initial scheduling orders.

**THEREFORE, IT IS ORDERED** as follows:

1. That by August 13, 2008, each defendant **SHALL FILE** a response to the **Government's Unopposed Motion For A Complex Case Designation Pursuant To 18 U.S.C. §3161(h)(8)(B)(ii)** [#239][1] filed July 25, 2008;

2. That as soon as practicable, and by no later than September 8, 2008, counsel

---

[1] "[#239]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I intend to use this convention throughout this case.

for the parties **SHALL MEET AND CONFER**[2] and **SHALL FILE** by October 28, 2008, a proposed joint or partially joint and/or individual scheduling orders,[3] which shall address, *inter alia*, 1) the deadlines for filing non-CJA,[4] pretrial motions and responses; and 2) the date and time[5] of a telephonic scheduling conference[6] at which timely filed pretrial motions that the court determines should be set for hearing may be set for hearing.

Dated in chambers July 30, 2008, to reiterate, confirm, supplement, and expatiate the orders issued from the bench in open court on July 29, 2008.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn**
                                      **United States District Judge**

---

[2] Counsel may meet and confer in any way practicable, including, but not limited to, in person or by telephone, electronic mail, and/or facsimile transmission(s), etc.

[3] To the extent practicable, I exhort the parties to model any proposed scheduling order after the **Scheduling Order** I entered on October 12, 2007, in 07-cr-00183-REB, U.S. v. Banks, et al., *see* [#397].

[4] "CJA" are the initials for **C**riminal **J**ustice **A**ct codified at **18 U.S.C. § 3006A**.

[5] Regardless of the date proposed by parties for the motion' hearing setting conference, it shall be conducted at 10:00 a.m. (MST).

[6] The personal appearance and participation of the defendants are excused and waived. However, the attorneys for the parties or their designees possessing setting and calendar authority must participate.