**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00429-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ARTHUR LO,
2. ANDREW LO,
3. DEBRA LEE,
4. NICHOLAS SORASAVONG,
5. TELI LO,
6. KAZUHIRO HASHIMOTO,
7. SOKCHEAT CHHAY,
8. ALICIA PENKHAY,
9. VINH LONG THAN,
10. CHRISTOPHER OLIVAS,
11. DAVID CHUNG,
12. XUAN BUI,
13. PHI HAI HOANG NGUYEN,
14. HIEU HOANG PHAM,
15. CYRIL KIM,
16. VIET NGUYEN,
17. HOANG KIM LY,
18. BAO LE,
19. LAWRENCE BLASI,
20. THANH TRANG NGUYEN,
21. RATTHAPHO PHOMMATHA,
22. SUNGWON KIM,
23. BANG VIET LE,
24. QUAN HOANG NGUYEN,
25. ANTHONY WILSON,
26. QUINTILLIAN MINHQUAN HUYNH, and
27. DINH HO,

      Defendants.

**ORDER**

**Blackburn, J.**

      This matter is before me *sua sponte*. Because of the intractable adverse effects that multiple motions to join have on the ability of the court and its staff to docket, link, catalogue, track, and marshal such motions and the related motions, I enter the following ameliorative

orders.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That effective forthwith no party **MAY FILE** a motion to join another motion filed by another party;

      2. That instead, each party, *i.e.*, the government and each defendant, **SHALL FILE** its or his own motions; provided, however, in any such discreet motion, the party may indicate that the party approves, adopts, and incorporates any or all of the reasons stated, arguments advanced, and/or authorities cited by another party in another motion; and

      3. That if any party files such an adoptive discreet motion, the party **SHALL IDENTIFY** the related motion of another party by providing the following information: (a) the name of the other party; (b) the precise title of the motion filed by the other party; (c) the document number assigned to the other motion by the court's CM/ECF docketing system; and (d) the date the other motion was filed.

      Dated April 16, 2009, at Denver, Colorado.

                                          BY THE COURT:

                                          */s/ Robert E. Blackburn*
                                          Robert E. Blackburn
                                          United States District Judge