**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00429-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ARTHUR LO,
2. ANDREW LO,
3. DEBRA LEE,
4. NICHOLAS SORASAVONG,
5. TELI LO,
6. KAZUHIRO HISHIMOTO,
7. SOKCHEAT CHHAY,
8. ALICIA PENKHAY,
9. VINH LONG THAN,
10. CHRISTOPHER OLIVAS,
11. DAVID CHUNG,
12. XUAN BUI,
13. PHI HAI HOANG NGUYEN,
14. HIEU HOANG PHAM,
15. CYRIL KIM,
16. VIET NGUYEN,
17. HOANG KIM LY,
18. BAO LE,
19. LAWRENCE BLASI,
20. THANH TRANG NGUYEN,
21. RATTHAPHO PHOMMATHA,
22. SUNGWON KIM,
23. BANG VIET LE,
24. QUAN HOANG NGUYEN,
25. ANTHONY WILSON,
26. QUINTILLIAN MINHQUAN HUYNH, and
27. DINH VO,

    Defendants.

---

**MINUTE ORDER**[1]

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

The matter comes before the court on the **Government's Motion To Release Case Agent's Grand Jury Testimony To Probation Office** [#891] filed July 31, 2009. The motion is **GRANTED**, and the government is permitted to provide to the Probation Office one set of the copies of all the grand jury testimony in support of the indictment in this case.  A copy of this Minute Order shall be served on the Probation Office.

Dated:  August 11, 2009