**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00429-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ARTHUR LO,
2. ANDREW LO,
3. DEBRA LEE,
4. NICHOLAS SORASAVONG,
5. TELI LO,
6. KAZUHIRO HASHIMOTO,
7. SOKCHEAT CHHAY,
8. ALICIA PENKHAY,
9. VINH LONG THAN,
10. CHRISTOPHER OLIVAS,
11. DAVID CHUNG,
12. XUAN BUI,
13. PHI HAI HOANG NGUYEN,
14. HIEU HOANG PHAM,
15. CYRIL KIM,
16. VIET NGUYEN,
17. HOANG KIM LY,
18. BAO LE,
19. LAWRENCE BLASI,
20. THANH TRANG NGUYEN,
21. RATTHAPHO PHOMMATHA,
22. SUNGWON KIM,
23. BANG VIET LE,
24. QUAN HOANG NGUYEN,
25. ANTHONY WILSON,
26. QUINTILLIAN MINHQUAN HUYNH, and
27. DINH VO,

    Defendants.

**HEARINGS SCHEDULING ORDER
(Second)**

**Blackburn, J.**

On September 21, 2009, I conducted a setting conference. After conferring with counsel, I scheduled a hearing at which I will receive evidence and argument from the relevant parties on the discrete issues of minimization and sealing (18 U.S.C. § 2518(8)(a)). This order is entered to confirm, expatiate, and supplement the scheduling orders entered from the bench.[1]

**THEREFORE, IT IS ORDERED** as follows:

1. That on January 15, 2010, commencing at 9:00 a.m. (MST), the court shall conduct a hearing to receive evidence and oral argument concerning the issues of minimization and sealing (18 U.S.C. § 2518(8)(a)) as they relate to use or suppression of wiretap information or evidence;

2. That for the hearing on January 15, 2010, the court reserves the balance of the day, if necessary, with the available time to be allocated as follows:

    a. first, the court will receive evidence and argument concerning the issue of minimization; and

    b. thereafter, the court will receive evidence and argument concerning sealing (18 U.S.C. § 2518(8)(a);

3. That unless excused by the court, all counsel and defendants who have filed and/or adopted a motion to suppress that has raised the issue of minimization and/or sealing shall appear without further notice or order;

4. That to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of any defendant in custody

---

[1] This order applies only to those defendants who have filed or adopted motions to suppress that raise and preserve the issue of minimization and/or sealing and who have not filed a notice of disposition.

whose presence is required at the hearing; and

  5. That all hearings shall be held in the Alfred A. Arraj, United States Courthouse, 901 19th Street, Denver, Colorado 80294, Courtroom 1001 (tenth floor).

  Done in chambers September 21, 2009, to confirm, expatiate, and supplement the scheduling orders entered in open court on September 21, 2009.

            BY THE COURT:

            *Bob Blackburn*
            Robert E. Blackburn
            United States District Judge