**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  07-cr-00429-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ARTHUR LO,
2. ANDREW LO,
3. DEBRA LEE,
4. NICHOLAS SORASAVONG,
5. TELI LO,
6. KAZUHIRO HASHIMOTO,
7. SOKCHEAT CHHAY,
8. ALICIA PENKHAY,
9. VINH LONG THAN,
10. CHRISTOPHER OLIVAS,
11. DAVID CHUNG,
12. XUAN BUI,
13. PHI HAI HOANG NGUYEN,
14. HIEU HOANG PHAM,
15. CYRIL KIM,
16. VIET NGUYEN,
17. HOANG KIM LY,
18. BAO LE,
19. LAWRENCE BLASI,
20. THANH TRANG NGUYEN,
21. RATTHAPHO PHOMMATHA,
22. SUNGWON KIM,
23. BANG VIET LE,
24. QUAN HOANG NGUYEN,
25. ANTHONY WILSON,
26. QUINTILLIAN MINHQUAN HUYNH, and
27. DINH VO,

    Defendants.

---

**MINUTE ORDER**

---

    This matter is before the court *sua sponte.* On January 7, 2010, defendant, Teli Lo, filed her **Motion To Submit Evidence And Written Argument on the Issue of "Minimization" And To Be Excused from the January 15, 2010 Motions Hearing**

[#1160], which was granted by **Minute Order** [#1162] entered January 11, 2010. Subsequently, on January 12, 2010, the government and certain defendants filed a **Joint And Otherwise Unopposed Motion To Continue Hearing Set for January 15, 2010** [#1164], which was granted by **Minute Order** [#1176] entered January 13, 2010. As a result, the order [#1162], granting defendant Teli Lo's motion to submit evidence and written argument [#1160], should be vacated as no longer necessary.

Additionally, in his **Response to Joint And Otherwise Unopposed Motion To Continue Hearing Set for January 15, 2010 (D.E. #1164)** [#1168] filed January 12, 2010, defendant, Andrew Lo, requested that the court require the government to provide him with the reasons for the delay in sealing the wiretaps at issue in this case. The request is well taken and should be granted.

Finally, a hearing during which the court will receive evidence and argument on the discreet issues of minimization and sealing as they relate to use or suppression of wiretap information or evidence should be reset.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Minute Order** [#1162] entered January 11, 2010, granting the **Motion To Submit Evidence And Written Argument on the Issue of "Minimization" And To Be Excused from the January 15, 2010 Motions Hearing** [#1160] filed January 7, 2010, is **VACATED** as no longer necessary;

2. That to reset the hearing on minimization and sealing and to set other relevant matters, the court **SHALL CONDUCT** a status and scheduling conference on February 19, 2010, at 8:30 a.m., at which counsel and the defendants, who are not otherwise excused by order of the court, **SHALL APPEAR**; provided, furthermore, that to the extent necessary, the United States marshal for the District of Colorado **SHALL ASSIST** the court in securing the appearance of any defendant in custody whose presence is required at the hearing; and

3. That by February 19, 2010, the government **SHALL DISCLOSE** and **PRODUCE** to the defendants its reasons for delaying the sealing of wiretaps.

Dated: January 20, 2010.