## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Criminal Case No. 07-cr-00429-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ARTHUR LO,
2. ANDREW LO,
3. DEBRA LEE,
4. NICHOLAS SORASAVONG,
5. TELI LO,
6. KAZUHIRO HASHIMOTO,
7. SOKCHEAT CHHAY,
8. ALICIA PENKHAY,
9. VINH LONG THAN,
10. CHRISTOPHER OLIVAS,
11. DAVID CHUNG,
12. XUAN BUI,
13. PHI HAI HOANG NGUYEN,
14. HIEU HOANG PHAM,
15. CYRIL KIM,
16. VIET NGUYEN,
17. HOANG KIM LY,
18. BAO LE,
19. LAWRENCE BLASI,
20. THANH TRANG NGUYEN,
21. RATTHAPHO PHOMMATHA,
22. SUNGWON KIM,
23. BANG VIET LE,
24. QUAN HOANG NGUYEN,
25. ANTHONY WILSON,
26. QUINTILLIAN MINHQUAN HUYNH, and
27. DINH VO,

    Defendants.

## DISCOVERY REQUEST ORDER

**Blackburn, J.**

On March 10, 2010, I conducted a hearing at which I received evidence from the relevant parties on the discrete issues of minimization (18 U.S.C. § 2518(5)) and sealing (18 U.S.C. § 2518(8)(a)). During and after the evidentiary hearing, several defendants complained about the lack of discovery relevant to the issues of minimization and sealing and requested production and disclosure of such discovery. In response to their complaints, I gave each defendant an opportunity to identify and request discovery relevant to the issues of minimization and sealing.[1] Then, after conferring with counsel, I imposed a schedule by which the government must respond to the requests for discovery and by which the defendants may reply to the government's response. Finally, I continued the hearing to consider the discovery requests and resolve, if necessary, any concomitant disputes. This order is entered to confirm, expatiate, and supplement the scheduling orders entered from the bench. **THEREFORE, IT IS ORDERED** as follows:

1. That by April 12, 2010, the government shall file its response to the requests for discovery made by the defendants at the conclusion of the evidentiary hearing on March 10, 2010;

2. That by April 26, 2010, any defendant wishing to reply may reply to the response(s) of the government; and

3. That the hearing on the issues of minimization and sealing is continued, pending further order.

---

[1] Those discreet discovery requests appear in the transcript of the hearing. *See* Transcript [#1301] at 260-265.

Done in chambers April 1, 2010, to confirm, expatiate, and supplement the scheduling orders entered in open court on March 10, 2010.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge